**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Romanov Group LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Romanov Group LLC,<br><br>Debtor-in-Possession. | Case No.: 8:26-bk-11948-SC<br><br>Chapter 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT; DECLARATION OF DAVID GOODRICH IN SUPPORT THEREOF**<br><br>**<u>Hearing Information</u>:**<br>Date: August 26, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5C – Virtual<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND CREDITORS ENTITLED TO NOTICE:**

Romanov Group, LLC (the "**Debtor**") submits its chapter 11 status report in connection with the August 26, 2026, status conference.

## I. EVENTS LEADING TO THE FILING OF THE CASE

The Debtor owns a single asset real estate case involving a retail property commonly known as Packing House & Packing House Square, located at 18180, 18200, 18210, 18220, 18300, 18340 & 18380 Yorba Linda Boulevard, Yorba Linda, California (the "**Property**").

The Property consists of four multi-tenant retail buildings, a three-story office building, one freestanding restaurant building, and one single-tenant pad building totaling 145,439 square feet. The original lender, UMTB Bank, obtained an appraisal of the Property in October 2024 that valued the Property in as-is condition at $47,250,000. As of the date of that value, the Property was 64.5% leased by twenty-three (23) tenants. It is encumbered by a lien in favor of a secured lender, LBC3 Trust (the "**Lender**"), that is owed approximately $28.5 million.

Effective July 10, 2026, and because of concerns about former management, David Goodrich was appointed as the manager of the Debtor and pursuant to the terms of the written consent appointing him, he can only be removed by Court order or if the case is closed or dismissed. The Debtor intends to sell the Property and is retaining Brandview Inc. as its property manager effective July 20, 2026. The Debtor is seeking to retain Grobstein Teeple LLP as financial advisors.

The Debtor has been in communication with counsel for the Lender and the parties are working cooperatively with respect to ensuring that critical postpetition operating expenses are paid pending the Debtor's preparation of cash flow projections. As the Court has observed in the other cases previously managed by Continuum Analytics, it will take the Debtor more time than is typical to prepare cash flow projections because the financial information from former management is not up to date or entirely accurate and the former property manager's information is also unreliable. In addition, the Debtor is still in the process of closing its prepetition bank accounts and depositing those funds in its accounts, resolving an interpleader action with a major tenant who has deposited approximately four months' worth of rent with the Orange County Superior Court, and getting turnover of postpetition rents collected by the Lender. In the interim, the Debtor will only be seeking consent for the payment of critical operating expenses such as utilities, landscaping, and the like. Once the projections are finalized, it is anticipated that there will be a cash collateral stipulation submitted to the Court for approval.

## II. STATUS OF COMPLIANCE WITH OBLIGATIONS OF THE OFFICE OF THE UNITED STATES TRUSTEE

The Debtor believes that it is in compliance with all of its duties under the Bankruptcy Code and all applicable guidelines of the Office of the United States Trustee, except that it has not yet filed its monthly operating report for the partial month of June. The Debtor is obtaining the bank statements from former management and will file this initial report as soon as this information is obtained.

## III. PROPOSED DEADLINE FOR THE DISCLOSURE STATEMENT AND PLAN

Based on its experience in the other cases previously managed by Continuum Analytics, the delay in getting financial information and the inaccuracies in that information will delay the Debtor's preparation of cash flow projections. This is expected to delay the filing of a disclosure statement and plan by a few months past the exclusivity deadline. The Debtor would propose a deadline of December 15, 2026, for the filing of its disclosure statement and plan.

## IV. PROPOSED CLAIM DEADLINE

The Debtor requests that the Court set a deadline of October 30, 2026, for the submission of claims and a deadline of 90 days later for the filing of any objections. The Debtor intends to publish notice of the deadline in a paper of general circulation in the Montclair area in order to ensure that a wide net is cast in case former management did not accurately identify all creditors. In addition, because the Debtor expects to make a distribution to equity holders in this case, the Debtor requests that the Court set a deadline for the filing of proof of interests by equity holders, and it intends to cast a similarly wide net in providing notice to all potential equity holders. The Debtor suggests the same deadline of

October 30, 2026.

Respectfully submitted,

Dated: August 12, 2026

**RAINES FELDMAN LITTRELL LLP**

By: *<u>/s/ Kyra E. Andrassy</u>*
Kyra E. Andrassy
Stephen M. Mott
Counsel for Debtor-in-Possession
Romanov Group LLC

**DECLARATION OF DAVID GOODRICH**

I, David Goodrich, declare as follows:

1. I am a partner with Golden Goodrich LLP, and effective July 10, 2026, am serving as the manager of Romanov Group, LLC (the "Debtor"). Unless otherwise stated, I know the facts contained in this declaration to be true of my own personal knowledge and, if called as a witness, could and would competently testify with respect thereto.

2. The Debtor owns a single asset real estate case involving a retail property commonly known as Packing House & Packing House Square, located at 18180, 18200, 18210, 18220, 18300, 18340 & 18380 Yorba Linda Boulevard, Yorba Linda, California (the "Property"). The Property consists of four multi-tenant retail buildings, a three-story office building, one freestanding restaurant building, and one single-tenant pad building totaling 145,439 square feet. The original lender, UMTB Bank, obtained an appraisal of the Property in October 2024 that valued the Property in as-is condition at $47,250,000. As of the date of that value, the Property was 64.5% leased by twenty-three (23) tenants. It is encumbered by a lien in favor of a secured lender, LBC3 Trust (the "Lender"), that I understand is owed approximately $28.5 million.

3. Effective July 10, 2026, and because of concerns about former management, I was appointed as the manager of the Debtor and pursuant to the terms of the written consent appointing me, I can only be removed by Court order or if the case is closed or dismissed. The Debtor intends to sell the Property and is retaining Brandview Inc. as its property manager effective July 20, 2026. The Debtor is seeking to retain Grobstein Teeple LLP as financial advisors.

4. We have been in communication with counsel for the Lender and the parties are working cooperatively with respect to ensuring that critical postpetition operating expenses are paid pending the Debtor's preparation of cash flow projections. As the Court has observed in the other cases previously managed by Continuum Analytics, it will take the Debtor more time than is typical to prepare cash flow projections because the financial information from former management is not up to date or entirely accurate and the former property manager's

information is also unreliable. In addition, the Debtor is still in the process of closing its prepetition bank accounts and depositing those funds in its accounts, resolving an interpleader action with a major tenant who has deposited approximately four months' worth of rent with the Orange County Superior Court, and getting turnover of postpetition rents collected by the Lender. In the interim, the Debtor will only be seeking consent for the payment of critical operating expenses such as utilities, landscaping, and the like. Once the projections are finalized, it is anticipated that there will be a cash collateral stipulation submitted to the Court for approval.

5. I believe that the Debtor is in compliance with all of its duties under the Bankruptcy Code and all applicable guidelines of the Office of the United States Trustee, except that it has not yet filed its monthly operating report for the partial month of June. We are obtaining the bank statements from former management and will file this initial report as soon as this information is obtained.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 12, 2026, at Costa Mesa, California.

David Goodrich

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT; DECLARATION OF DAVID GOODRICH IN SUPPORT THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 12, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 12, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 12, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 12, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Stacy H Rubin** rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

2. **SERVED BY UNITED STATES MAIL**:

*U.S. Trustee*

Kenneth Misken
DOJ-UST
Office of the United States Trustee
411 W. Fourth St, #7160
Santa Ana, CA 92701

*20 Largest Unsecured Creditors*

Anchor Medical Management, Inc.
18200 Yorba Linda Blvd, Suite 125
Yorba Linda, CA 92886

Vierergruppe Management Inc.
1932 East Deere Avenue, Suite 150
Santa Ana, CA 92705

Lone Wolf Brewing Co LLC
Attn Mr Joseph Ruiz
15740 Willow Run Drive
Chino Hills, CA 91709

Patrol One
P.O. Box 5487
Orange, CA 92863

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680

Alternative Landscaping Inc
PO Box 30236
Santa Ana, CA 92735

First Team Real Estate OC
18180 Yorba Linda Blvd, Suite 501
Yorba Linda, CA 92886

MADE Coffee
c/o Bo Mi Kim
107 W Amerige Avenue
Fullerton, CA 92832

HILLWIG-GOODROW, INC
31419 Outer Highway 10
Ste. 1-200
Redlands, CA 92373

Ontario Refrigeration Services, Inc.
635 S. Mountain Avenue
Ontario, CA 91762

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050

VIP Sewer And Drain Services, Inc
4502 Walnut Ave
Irvine, CA 92604

Anchor Medical Management
Urgent Care
18220 Yorba Linda Blvd, Suite 301
Yorba Linda, CA 92886

Sushi Imari, Inc.
18220 Yorba Linda Blvd, Suite 310
Yorba Linda, CA 92886

Stefano Family, Inc.
dba Stefano's Golden Baked Hams
Attn Francis & Colleen Stefano
18220 Yorba Linda Blvd, Suite 307
Yorba Linda, CA 92886

Crave Health, LLC
dba Smart Fit Method
5920 Via Del Tecolote
Yorba Linda, CA 92887

Southern California Edison
PO Box 300
Rosmead, CA 90177-2001

SEV Laser Petrosian
Esthetic Enterprises LLC
18220 Yorba Linda Blvd, Suite 306
Yorba Linda, CA 92886

First Team Real Estate OC
18200 Yorba Linda Blvd, Suite 201
Yorba Linda, CA 92886-0004

Republic Services
PO Box 60586
City of Industry, CA 91716-0586