Michael S. Myers (SBN 305011)
myersm@ballardspahr.com
Stacy H. Rubin (SBN 228347)
rubins@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel: 424.204.4400 | Fax: 424.204.4350

*Attorneys for Willow River, LLC, as servicing agent authorized for LBC3 Trust*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ROMANOV GROUP LLC,<br><br>Debtor. | Case No.: 8:26-bk-11948-SC<br><br>Chapter 11<br><br>**WILLOW RIVER, LLC, AS SERVICING AGENT AUTHORIZED FOR LBC3 TRUST'S NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Sections 363(a), 363(c), 546(b), and 552(b) of the Bankruptcy Code, Willow River, LLC, as servicing agent authorized for LBC3 Trust ("Secured Creditor"), hereby gives notice that it does not consent to the use of its cash collateral by Romanov Group LLC ("Debtor").

NOTICE IS FURTHER GIVEN that pursuant to Section 546(b) of the Bankruptcy Code, Secured Creditor hereby claims a perfected security interest in the real properties and all rents, issues, and profits arising therefrom (the "Property") that secure the obligations of Debtor pursuant to certain pre-petition loan documents.

NOTICE IS FURTHER GIVEN that all rents, issues, and profits generated hereafter from the Property are deemed "cash collateral" as defined under Sections 363(a) and 363(c)(2)(a) of the Bankruptcy Code and are subject to the perfected security interests held by Secured Creditor.

NOTICE IS FURTHER GIVEN that all cash collateral must be segregated and separately accounted for pursuant to Section 363(c)(4) of the Bankruptcy Code.

NOTICE IS FURTHER GIVEN that Secured Creditor does not consent to the use of its cash collateral and hereby demands that all cash collateral be turned over to Secured Creditor or segregated and separately accounted for subject to further order of this Court or a written agreement between the parties.

Dated: August 14, 2026

By: */s/ Stacy H. Rubin*

Stacy H. Rubin
Michael S. Myers
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

*Attorneys for Willow River, LLC, as servicing agent authorized for LBC3 Trust*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1 East Washington St., Ste 2300, Phoenix, AZ 85004.

A true and correct copy of the foregoing document entitled NOTICE OF NON-CONSENT TO USE CASH COLLATERAL will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 14, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Kyra E Andrassy | kandrassy@raineslaw.com, bclark@raineslaw.com; csantiago@raineslaw.com |
| Jessica L Bagdanov | jbagdanov@bg.law, ecf@bg.law |
| David B Golubchik | dbg@lnbyg.com, dbg@lnbyg.com |
| Steven T Gubner | sgubner@bg.law, ecf@bg.law |
| Kenneth Misken | Kenneth.M.Misken@usdoj.gov |
| David M Poitras | dpoitras@bg.law |
| Joseph M Rothberg | jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Christopher A Ward | cward@lowenstein.com, lsuprum@lowenstein.com |

☐ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL:
On (date) ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/14/26 | JoAnna Renae Wahlund | */s/ JoAnna Renae Wahlund* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |