**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Romanov Group LLC, Debtor
and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ROMANOV GROUP LLC,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:26-bk-11948-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO APPROVE STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001**<br><br>**Hearing**:<br>Date: September 16, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>411 W Fourth St.<br>Santa Ana, CA 92701 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on **September 16, 2026**, at **1:30 p.m.** in Courtroom 5C of the above referenced court located at 411 W. Fourth Street, Santa Ana, California 92701, the Court is scheduled to hold a hearing on the *Motion to Approve Stipulation for Relief from the Automatic Stay Pursuant to Federal Rule of Bankruptcy Procedure 4001* (the "**Motion**")[1] filed by Romanov Group LLC, the debtor and debtor-in-possession in the above-captioned case (the "**Debtor**"). Instructions for appearing by Zoom will be made available on the Court's tentative ruling page, posted on the Court's website at https://ecfciao.cacb.uscourts.gov/CiaoPosted/. A summary of the relief sought in the Motion is stated as follows:

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1. The Debtor seeks approval of the stipulation attached to the Motion as **Exhibit 1** (the "**Stipulation**") with First Team Real Estate – Orange County ("**First Team**") and LBC3 Trust ("**LBC3**").

2. Pursuant to the Stipulation, the Debtor seeks a limited modification of the automatic stay to permit the Debtor or First Team to seek an order from the Orange County Superior Court (i) authorizing the release to the Debtor of approximately $153,118.55 in rental payments currently held by the Clerk of the Orange County Superior Court and (ii) directing First Team to remit all future rental payments to the Debtor.

3. The rental payments constitute rents generated by the Debtor's retail center and office complex located at 18180-18380 Yorba Linda Boulevard, Yorba Linda, California 92886 (the "**Property**"). The Debtor intends to use the rental payments to maintain, preserve, and maximize the value of the Property and to make adequate protection payments to LBC3.

4. The Stipulation preserves LBC3's rights and remedies with respect to the rental payments. Except for the limited modification necessary to effectuate the Stipulation, the automatic stay will remain in full force and effect with respect to the claims against the Debtor in the Orange County Action.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file and serve a written opposition to the Motion is **fourteen (14) days** prior to the hearing. Failure to timely file and serve an opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion.

Respectfully submitted,

DATED: August 24, 2026 **RAINES FELDMAN LITTRELL LLP**

By: */s/ Stephen M. Mott*
Kyra E. Andrassy
Stephen M. Mott
Counsel for Debtor and Debtor-in-Possession
Romanov Group LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MOTION TO APPROVE STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/24/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Stacy H Rubin** rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
- **Jessica M. Simon** jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/24/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 8/24/2026 | Bambi Clark | */s/ Bambi Clark* |
| *Date* | *Printed Name* | *Signature* |

Secured Creditors

LBC3 Trust
c/o Ballard Spahr
Attn Michael Myers
2029 Century Plaza East, Suite 1400
Los Angeles, CA 90067

Mizrahi Tefahot Bank Ltd
Los Angeles Branch
633 West 5th Street, Suite 5700
Los Angeles, CA 90071

CRECIV Holdings, LLC
2801 Centerville Road, First Floor
Wilmington, DE 19808

CRE Credit Fund IV Financing V, LLC
507 S Douglas St, 2nd Floor
El Segundo, CA 90245

20 Largest Unsecured Creditors

Anchor Medical Management, Inc.
18200 Yorba Linda Blvd, Suite 125
Yorba Linda, CA 92886

Vierergruppe Management Inc.
1932 East Deere Avenue, Suite 150
Santa Ana, CA 92705

Lone Wolf Brewing Co LLC
Attn Mr Joseph Ruiz
15740 Willow Run Drive
Chino Hills, CA 91709

Patrol One
P.O. Box 5487
Orange, CA 92863

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680

Alternative Landscaping Inc
PO Box 30236
Santa Ana, CA 92735

First Team Real Estate OC
18180 Yorba Linda Blvd, Suite 501
Yorba Linda, CA 92886

MADE Coffee
c/o Bo Mi Kim
107 W Amerige Avenue
Fullerton, CA 92832

HILLWIG-GOODROW, INC
31419 Outer Highway 10
Ste. 1-200
Redlands, CA 92373

Ontario Refrigeration Services, Inc.
635 S. Mountain Avenue
Ontario, CA 91762

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050

VIP Sewer And Drain Services, Inc
4502 Walnut Ave
Irvine, CA 92604

Anchor Medical Management
Urgent Care
18220 Yorba Linda Blvd, Suite 301
Yorba Linda, CA 92886

Sushi Imari, Inc.
18220 Yorba Linda Blvd, Suite 310
Yorba Linda, CA 92886

Stefano Family, Inc.
dba Stefano's Golden Baked Hams
Attn Francis & Colleen Stefano
18220 Yorba Linda Blvd, Suite 307
Yorba Linda, CA 92886

Crave Health, LLC
dba Smart Fit Method
5920 Via Del Tecolote
Yorba Linda, CA 92887

Southern California Edison
PO Box 300
Rosmead, CA 90177-2001

SEV Laser Petrosian
Esthetic Enterprises LLC
18220 Yorba Linda Blvd, Suite 306
Yorba Linda, CA 92886

First Team Real Estate OC
18200 Yorba Linda Blvd, Suite 201
Yorba Linda, CA 92886-0004

Republic Services
PO Box 60586
City of Industry, CA 91716-0586