**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Romanov Group LLC

FILED & ENTERED
SEP 01 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re

Romanov Group LLC,

Debtor-in-Possession.

Case No.: 8:26-bk-11948-SC

Chapter 11

**SCHEDULING ORDER**

**Status Conference**:
Date: August 26, 2026
Time: 1:30 p.m.
Place: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

On August 26, 2026, at 1:30 p.m., the Court held a chapter 11 case status conference in the chapter 11 case of Romanov Group, LLC, the debtor and debtor-in-possession (the "**Debtor**"). Appearances were as noticed on the record. For the reasons set forth on the record,

**IS IT HEREBY ORDERED AS FOLLOWS**:

1. The deadline for all creditors to file a proof of claim in the Debtor's case is November 2, 2026 (the "**Claims Bar Date**");

2. The deadline for the Debtor to object to claims is February 2, 2027;

3. The Debtor shall give notice of the Claims Bar Date to all creditors by no later than September 2, 2026;

4. The Debtor's deadline to file a plan and disclosure statement is October 22, 2026, without prejudice to the Debtor's right to request an extension of such deadline; and

5. The status conference is continued to November 18, 2026, at 1:30 p.m., with a status report due fourteen days prior to the status conference.

###

Date: September 1, 2026

Scott C. Clarkson
United States Bankruptcy Judge