| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra, E. Andrassy, State Bar No. 207959<br>kandrassy@raineslaw.com<br>Stephen M. Mott, State Bar No. 362642<br>smott@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Tel.: (310) 440-4100<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: ROMANOV GROUP, LLC, | CASE NO.: 8:26-bk-11948-SC<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** |
| Debtor(s). | ☐ **No hearing: LBR 9013-1(q)**<br>☒* **Hearing information**<br>DATE: August 26, 2026<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 West Fourth Street<br>Santa Ana, CA 92701 |

1. Bar Date. The court has set a deadline of *(date)* November 2, 2026 (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

(b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on *(date)* June 24, 2026, and therefore calculates that this deadline is *(date)* December 21, 2026 ). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) Avoidance. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) Agreed claims. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or unknown, or if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you must timely filed a Proof of Claim as set forth in this Notice.

4. 11 U.S.C. § 503(b)(9) Claims. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. Interest Holders. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: September 2, 2026

By: /s/ Kyra E. Andrassy
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Kyra E. Andrassy
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **09/02/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **09/02/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* **09/02/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/02/2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Stacy H Rubin** rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
- **Jessica M. Simon** jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

Label Matrix for local noticing
0973-8
Case 8:26-bk-11948-SC
Central District of California
Santa Ana
Tue Sep 1 11:39:40 PDT 2026

California Department of Tax and Fee Adminis
Collections Support Bureau, MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Raines Feldman Littrell LLP
4675 MacArthur Co Ste 1550
Newport Beach, CA 92660-2042

Romanov Group LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660-7034

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Willow River, LLC, as servicing agent author
106 Chestnut St E
Stillwater, MN 55082-5116

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

18300 Yorba Linda Blvd Fitness
Group LLC, dba Planet Fitness
Attn Gabrielle Lawlor
320 Yonkers Avenue
Yonkers, NY 10701-6411

18300 Yorba Linda Blvd Fitness
Group LLC, dba Planet Fitness
Attn Jeffrey Innocenti
320 Yonkers Avenue
Yonkers, NY 10701-6411

18300 Yorba Linda Blvd Fitness
Group LLC, dba Planet Fitness
c/o Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019-6026

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680-2725

4G Wireless, Inc.
303 Broadway Street 104-155
Laguna Beach, CA 92651-1816

4G Wireless, Inc.
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Advanced Monitoring Inc
1354 S Parkside Place
Ontario, CA 91761-4555

Align Collective LL
Attn: J.B. Roberry
5000 Birch Street
West Tower Suite 3000
Newport Beach, CA 92660-8107

Align Collective LLC dba Core
Precision Megaformer Pilates
Attn: Andrew Solomon
1659 6th Street
Manhattan Beach, CA 90266-6305

Alternative Landscaping Inc
PO Box 30236
Santa Ana, CA 92735-8236

Anchor Medical Man gement, Inc.
c/o Mir Alikhan
4440 Von Karman Av
Suite 270
Newport Beach, CA 92660-2088

Anchor Medical Management - Urgent Care
18220 Yorba Linda Blvd
Suite 301
Yorba Linda, CA 92886-4032

Anchor Medical Management, Inc.
18200 Yorba Linda Blvd
Suite 125
Yorba Linda, CA 92886-4043

Andrew stupin
215 5th Street Suite A
Huntington Beach, CA 92648

(p)BLACK BIRD FIRE PROTECTION INC
471 ATLAS ST
BREA CA 92821-3118

Blackstone Networks, Inc
151 Kalmus Drive
Suite A203
Costa Mesa, CA 92626-5999

Brinker Internatio al
dba Chili's Bar & Grill
Attn General Counsel
6820 LBJ Freeway
Dallas, TX 75240-6580

CR Educational Syst ms, Inc.
dba C2 Education Sy tems, Inc.
6470 E Johns Crossing Suite 100, #1
Duluth, GA 30097-1500

CR Educational Systems, Inc.
dba C2 Education Systems, Inc.
18340 Yorba Linda Blvd
Suite 102
Yorba Linda, CA 92886-4041

CRE Credit Fund IV FInancing V, LLC
507 S Douglas St
2nd Floor
El Segundo, CA 90245-4810

CRE Credit Fund IV Financing V, LLC
507 S Douglas St 2nd Floor
El Segundo, CA 90245

CRECIV Holdings, LLC
2801 Centerville Road
First Floor
Wilmington, DE 19808-1609

CRECIV Holdings, LLC
2801 Centerville Road
First Floor
Wilmington, DE 19808-1609

Caduceus Physician Medical Group
c/o David Wood
870 Roosevelt
Irvine, CA 92620-3663

Camacho, Moises
5590 W. Mission Blvd
Ontario, CA 91762-4622

Chili's Bar and Grill
18380 Yorba Linda Blvd
Suite 100
Yorba Linda, CA 92886-4003

Chunky Scoops, LLC
dba Handel's Homemade Ice Cream
18210 Yorba Linda Blvd
Suite 401
Yorba Linda, CA 92886-4060

Chunky Scoops, LLC
dba Handel's Homemade Ice Cream
Attn Jeff Manassero
10232 Niagara Drive
Huntington Beach, CA 92646-4918

Core Precision Megaformer Pilates, Inc.
18220 Yorba Linda Blvd
Suite 304
Yorba Linda, CA 92886-4032

Crave Health, LLC
dba Smart Fit Metho
5920 Via Del Tecolote
Yorba Linda, CA 92887-3552

Crave Health, LLC dba Smart Fit Method
18220 Yorba Linda Blvd
Suite 302
Yorba Linda, CA 92886-4032

De La Torre All Purpose Plumbing, Inc
12861 West St
Suite 49
Garden Grove, CA 92840-5601

Department of Industrial Relations
PO Box 511232
Los Angeles, CA 90051-3030

Dominion Disposal
1536 E Pinewood Ave
Anaheim, CA 92805-1241

Ehtessabian Dental Corp
dba Smile YL
18220 Yorba Linda Blvd Suite 305
Yorba Linda, CA 92886-4057

Employment Developm nt Department
Bankruptcy Group MI 92E
P O Box 826880
Sacramento, CA 94280-0001

FIRST TEAM REAL ESTATE - ORANGE COUNTY
2713 W Coast Hwy
Newport Beach, CA 92663-4723

First Team Real Estate OC
18180 Yorba Linda Blvd
Suite 501
Yorba Linda, CA 92886-3901

First Team Real Estate OC
18200 Yorba Linda Blvd
Suite 201
Yorba Linda, CA 92886-4043

First Team Real Estate OC Exp Spc
18200 Yorba Linda Blvd
Suite 205
Yorba Linda, CA 92886-4043

First Team Real Estate-OC
c/o Russo & Duckworth LLC
344 Via Oporto #201
Newport Beach, CA 92660

Four Seaons Air Inc
c/o Cathy Zotti
Harper & Burns LLP
453 S Glassell St
Orange, CA 92866-1905

Four Seaons Air Inc
c/o Law Office of Cathy Zotti
17151 Newhope Street
Suite 113
Tustin, CA 92780

Franches Tax Board
P O Box 942857
Sacramento, CA 94257-0511

Gurudivanh Inc dba PS Store, Inc
Attn Hlrdeep Kumar
20409 Yorba Linda Blvd, Suite G-77
Yorba Linda, CA 92886-3042

HILLWIG-GOODROW, INC
31419 Outer Highway 10
Ste. 1-200
Redlands, CA 92373-7535

Handells Homemade Ice Cream Inc.
Attn Franchise Administration
3830 Starr Centre rive
Canfield, OH 44406-7037

HearX West, LLC
18220 Yorba Linda Blvd
Suite 312
Yorba Linda, CA 92886-4032

Infinity Injectables
18200 Yorba Linda Blvd
Suite 200
Yorba Linda, CA 92886-4043

JB Restaruant Group
c/o Del Monte Land 1om Law LLC
Attn Rosemarie E D lMonte
2743 S Paris Place
Aurora, CO 80014-3117

Jeresey Mike's Fra chise Systems
Attn General Counsel
2251 Landmark Plac
Manasquan, NJ 08736-1026

Jersey Mikes
JB Restaurant Group
18340 Yorba Linda Blvd
Suite 101
Yorba Linda, CA 92886-4041

Jersey Mikes
JB Restaurant Group
850 N Rose Drive Suite C
Placentia, CA 92870

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660-2042

LBC3 Trust
c/o Ballard Spahr
attn Michael Myers
2029 Century Plaza East, Suite 1400
Los Angeles, CA 90067-2915

Le Pho
18340 Yorba Linda Blvd
Suite 104
Yorba Linda, CA 92886-4041

Le Pho
Attn Le Sien Huynh
570 Stone Canyon Way
Brea, CA 92821-2614

Le Pho
c/o Yun Law Group PC
Attn Andrew Yun
6940 Beach Blvd, Suite 413
Buena Park, CA 90621-6828

Lone Wolf Brewing Co LLC
18210 Yorba Linda Blvd
Suite 404
Yorba Linda, CA 92886-4060

Lone Wolf Brewing o LLC
Attn Mr Joseph Ruiz
15740 Willow Run Drive
Chino Hills, CA 91709-3600

MADE Coffee
18340 Yorba Linda Blvd
Suite 106
Yorba Linda, CA 92886-4041

MADE Coffee
c/o Bo Mi Kim
107 W Amerige Avenue
Fullerton, CA 9283

Martinez, Edel
8172 Slater Ave
Apt B
Huntington Beach, CA 92647-8931

Merchants Building Maintenance, LLC
1190 Monterey Pass Road
Monteray Park, CA 91754-3615

Mizrahi Tefahot Bank Ltd
Los Angeles Branch
633 West 5th Street
Suite 5700
Los Angeles, CA 90071-2022

Mohammad Honarkar
350 Forest Avenue #1438
Laguna Beach, CA 92652-2060

Mohammad Honarkar
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Naz House Of Beaut
Attn Sadia Zafar (ADD)
4070 Yale Street
Yorba Linda, CA 92886-7963

Naz House Of Beauty
18340 Yorba Linda Blvd
Suite 105
Yorba Linda, CA 92886-4041

New Mom School
18200 Yorba Linda Blvd
Suite 204
Yorba Linda, CA 92886-4043

OC Keys
13681 Newport Ave
Suite 8 # 425
Tustin, CA 92780-7815

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

Ontario Refrigeration Services, Inc.
635 S. Mountain Avenue
Ontario, CA 91762-4114

Orange County Fire Authority
False Alarm Response
PO Box 51985
Irvine, CA 92619-1985

Orange County Tax Collector
601 N Ross Street
Santa Ana, CA 92701-4091

Patrol One
P.O. Box 5487
Orange, CA 92863-5487

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056-2669

Peter Pham, DDS
18220 Yorba Linda Blvd
Suite 305
Yorba Linda, CA 92886-4032

Peter Pham, DDS
414 Tangerine Place
Brea, CA 92823-1809

Petrosian Esthetic Enterprises LLC
c/o Richard Meaglia
688 W Foothill Blvd
Monrovia, CA 91016-2024

Phoenix Pumping Inc.
c/o Beverly Hills Bike Law
9025 Wilshire Blvd
Suite 301
Beverly Hills, CA 90211-1827

Polish Nails
18220 Yorba Linda Blvd
Suite 303
Yorba Linda, CA 92886-4032

Polish Nails
c/o Chau Nguyen
8009 Monaco
Stanton, CA 90680-3379

Posh Hair Salon
18340 Yorba Linda Blvd
Suite 103
Yorba Linda, CA 92886-4041

Posh Hair Salon
Attn Shannon Geddis
18340 Yorba Linda Blvd Suite 103
Yorba Linda, CA 92886-4058

Republic Services
PO Box 60586
City of Industry, CA 91716-0586

SEV Laser
Petrosian Esthetic Enterprises LLC
18220 Yorba Linda Blvd
Suite 306
Yorba Linda, CA 92886-4032

Sain Builders
147 Hart Bench Rd
Darby, MT 59829-9619

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050

Shy Heart Studios
18200 Yorba Linda Blvd
Suite 310
Yorba Linda, CA 92886-4044

Smart Key Locksmith
25211 Sunnymeand Blvd
Suite C-4
Moreno Valley, CA 92553-4100

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

Stefano Family, Inc.
dba Stefano’s Golden Baked Hams
Attn Francis & Colleen Stefano
18220 Yorba Linda Blvd, Suite 307
Yorba Linda, CA 92886-4032

Stefano’s Golden Baked Hams
18220 Yorba Linda Blvd
Suite 307
Yorba Linda, CA 92886-4032

Sushi Imari, Inc.
18220 Yorba Linda Blvd
Suite 310
Yorba Linda, CA 92886-4032

Tesla, Inc.
18340 Yorba Linda Blvd
Pkg
Yorba Linda, CA 92886-4058

Tesla, Inc.
Attn Supercharger eam
3500 Deer Creek Road
Palo Alto, CA 94304-1317

The Joint Corp
18340 Yorba Linda Blvd
Suite 108
Yorba Linda, CA 92886-4041

The Joint Corp
Attn Legal Department
16767 N Perimeter Drive
Suite110
Scottsdale, AZ 85260-1042

The UPS Store, Inc.
Attn Legal Department
6060 Cornerstone Cour West
San Diego, CA 92121-3712

Trend Systems Group
2126 S Standard Avenue
Santa Ana, CA 92707-3035

Turing Jump, LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7020

U.S. Dept. of Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220-0002

UPS Store
18340 Yorba Linda Blvd
Suite 107
Yorba Linda, CA 92886-4041

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

VIP Sewer And Drain Services, Inc
4502 Walnut Ave
Irvine, CA 92604-2343

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705-5716

Yido Coffee Yorba Linda
dba MADE Coffee
c/o Bo Mi Kim
18340 Yorba Linda Blvd, Suite 106
Yorba Linda, CA 92886-4058

Yorba Linda Friends Church
18200 Yorba Linda Blvd
Pkg
Yorba Linda, CA 92886-4056

Yorba Linda Friends Church
Attn Amy Brookman
18637 Yorba Linda Blvd
Yorba Linda, CA 92886-4136

Yorba Linda Water District
PO Box 54348
Los Angeles, CA 90054-0348

Stephen M. Mott
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Fl
Los Angeles, CA 90067-4410

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Black Bird Fire Protection, Inc.
471 Atlas Street
Brea, CA 92821

Southern California Edison
PO Box 300
Rosmead, CA 09177-2001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)4G Wireless, Inc.

(u)Courtesy NEF

(u)Official Committee of Unsecured Creditors

(d)Employment Development Department
Bankruptcy Group MIC 92E
P O Box 826880
Sacramento, CA 94280-0001

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(d)Romanov Group LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660-7034

(d)Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

(u)Mohammad Honarkar

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 122 |
| Bypassed recipients | 8 |
| Total | 130 |