**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Romanov Group LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ROMANOV GROUP LLC,<br><br>Debtor-in-Possession. | Case No.: 8:26-bk-11948-SC<br><br>Chapter 11<br><br>**NOTICE OF MOTION PURSUANT TO 11 U.S.C. § 363(b) TO ENTER INTO PROPERTY MANAGEMENT AGREEMENT WITH BRANDVIEW, INC. AS PROPERTY MANAGEMENT COMPANY EFFECTIVE JULY 20, 2026, AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that Romanov Group LLC, the debtor and debtor-in-possession (the "**Debtor**"), has filed a motion (the “Motion”) with the Court for approval to employ BrandView, Inc. ("**BrandView**") as its property management company (the "**Motion**") in the above-captioned bankruptcy case pursuant to 11 U.S.C. § 363(b), effective as of July 20, 2026. A summary of the relief sought in the Motion is as follows:

**<u>BACKGROUND</u>**

On June 24, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case. The Debtor is operating as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this case and no official committees have been appointed or designated. This case constitutes a single asset real estate case.

The Debtor is a special purpose entity that owns and operates a 145,439 square foot retail property (mixed-use retail/office development) located at 18180, 18200, 18220, 18300, 18340 & 18380 Yorba Linda Boulevard in Yorba Linda, California 92886 (the "**Property**"). The Property consists of four multi-tenant retail buildings, a three-story office building, one freestanding restaurant building, and one single-tenant pad building totaling 145,439 square feet. The Property was appraised in as-is condition in October 2024 at $47,250,000. As of the date of that value, the Property was 64.5% leased by twenty-three (23) tenants. It is encumbered by a lien in favor of a secured lender, LBC3 Trust (the "**Lender**"), that is owed approximately $28.5 million.

The Lender recorded a notice of default and a sale was scheduled for the afternoon of June 24, 2026. After negotiations with the Lender broke down, the Debtor filed its chapter 11 petition to stay the foreclosure sale. The filing of the case also stayed various pending litigation against the Debtor.

Postpetition and because of concerns about former management, David Goodrich was appointed as the manager of the Debtor and pursuant to the terms of the written consent appointing him, he can only be removed by Court order or if the case is closed or dismissed. The Debtor intends to sell the Property and has brought on a new property manager.

The Debtor has been in communication with counsel for the Lender and the parties are working cooperatively with respect to ensuring that critical postpetition operating expenses are paid pending the Debtor’s preparation of cash flow projections. Once the projections are finalized, it is anticipated that there will be a cash collateral stipulation submitted to the Court for approval.

In order to fully sever ties with former management, because of concerns about how the Property had been maintained under former management and the former property manager, and to provide assurances to the Lender that the Property is being properly managed, the Debtor terminated the services of Vierergruppe Management and retained BrandView as the new property manager effective July 20, 2026. Tenants have been notified of the change. BrandView is a well-qualified property manager with a significant amount of experience in distressed situations and with retail centers. It had been brought in by the Lender prepetition to attend to tenant needs not being addressed by Vierergruppe and because of that, had started to build trust with the tenants. The Debtor believed that for purposes of continuity and so it could build on the trust it had started to earn, it would be in the interest of all concerned to retain BrandView going forward.

## PROPOSED TERMS OF RETENTION

As set forth in the Property Management Agreement from BrandView that is attached together with its addendum to the Motion as Exhibit "1," BrandView will provide the following services:

**1. Property Management Services.**

a. Collect rents.

b. Receive tenant communications, ensure tenant compliance with lease provisions, and enforce Debtor's rights under the leases.

c. Subject to tenant obligations under leases, manage and maintain the Property, including monitoring and retaining independent contractors to repair and maintain the Property, and entering into contracts with contractors to clean, maintain, and service the Property. Subject to consent of the Lender or as authorized in a budget approved by order of the Court, BrandView will have authority to enter into contracts and hire contractors without prior written approval of the Debtor as long as the maximum expenditure is $5,000 or less, although in the event of an emergency where repairs are necessary to protect life or property, to keep utilities or essential services on, or to comply with applicable laws, BrandView will have discretion to proceed without prior written approval to spend in excess of that amount

d. Coordinate and monitor any tenant improvements.

e. Pay operating expenses from an operating account established for the Debtor, with the Debtor listed as an additional signatory with authority to make withdrawals.

f. Collect lease, tenant, vendor, and financial information to the extent available from tenants, the prior owner or manager, or the Debtor and assemble property records, accounting ledgers, tenant files, and reporting systems for the Property.

g. Advertise the Property or portions thereof for rent.

**2. Financial Documentation and Services.**

a. On a monthly basis, BrandView will provide the Debtor with financial reporting that includes a receipt and disbursements report, a payables report, a delinquency and aging report, a detailed rent roll and vacancy report, and an operating statement. After the initial account set-up, these reports will be provided by the 20th of the month for the prior month.

b. BrandView delivered to the Debtor a proposed initial operating and capital budget for the fiscal year for the Debtor's approval and approval by the Lender or the Court. BrandView will continue to do that within 60 days prior to the end of each fiscal year.

**3. Leasing Services**. BrandView will provide leasing services and be entitled to compensation as set forth below for any new lease, renewal, or amendment extending the term of the lease.

**4. Term.**

a. The initial term of the Property Management Agreement, as amended by the Addendum No. 1, is one year from its effective date, with successive periods of thirty days each. The Property Management Agreement may be terminated in the event of a default, upon the dismissal or conversion of the case, or the effective date of a confirmed plan.

b. In the event of a sale of the Property, the buyer must agree to designate BrandView as the property manager for a period of 45 days after the closing in order to assist with continuity of duties and obligations and facilitation of any transition, including completion of a full reporting cycle. During such a transition period, BrandView will be entitled to receive the same compensation as it had been receiving under the Property Management Agreement.

## II. PROPOSED COMPENSATION

As set forth in the Property Management Agreement and its addendum, which are together attached to the Motion as Exhibit "1," BrandView will receive the following compensation, subject to the consent of the Lender or the authorization of the Court for the Debtor to use cash collateral:[1]

| Fee Type | Fee Amount/Percentage |
|---|---|
| Management Fee | 3.5% of Gross Receipts or $9,500 a month, whichever is greater. Gross receipts include, among other things, rent, tenant reimbursements and recoveries of common area maintenance charges, real estate taxes, and insurance. |
| One Time Set-Up Fee | $450.00 per occupied suite at the Property. |
| Construction Management Fee | 5% of the total hard costs and managed soft costs of the project. No construction management fee shall be charged on routine repairs and maintenance. The Debtor does not presently expect any construction to occur. |
| Leasing Management Fee | For any new lease, renewal, or amendment extending the term, in each case with a term in excess of 12 months, BrandView will receive a leasing management fee equal to 1% of the aggregate gross rents payable over the lease term, to be paid on lease execution and in addition to any third party broker commissions. |
| Direct Listing Commissions | For spaces listed for lease directly by BrandView with no third-party broker, BrandView will earn 2.5% for landlord representation and 4% for dual landlord and tenant representation. |
| Ancillary and Short-Term Lease Agreements | 15% of rent for leases signed for a term of less than 12 months. |
| Reimbursable Costs | BrandView shall be reimbursed actual out-of-pocket costs incurred in connection with the operation of the Property |

In the event of a sale of the Property with a lease or lease amendment executed prior to the closing of a sale, the Debtor will remain liable for the leasing commission as an

[1] In the event of a conflict between the Property Management Agreement and the Motion with respect to compensation and the required authorization or consent to use the Lender's cash collateral, the Motion (and any order) will control.

administrative expense of the estate. *See* Addendum No. 1 at § 5. BrandView will provide the Debtor with a written schedule identifying any pending leases, the prospective tenant, the status of negotiations, and BrandView's good faith estimate of the fees to which it would be entitled if the lease is executed. *Id.* If a lease on that schedule is executed after closing but within six months after the closing of a sale, then at closing and subject to consent of the Lender as may be necessary, the Debtor will be required to deposit an amount sufficient to cover the fees in an escrow account, to be released to BrandView upon execution of the lease within that tail period. In lieu of this process, any buyer may elect to agree to pay the commission. Any sale agreement is to include a mechanism in it consistent with this provision. *Id.*

**FOR FURTHER INFORMATION**, please see the *Motion Pursuant to 11 U.S.C. § 363(b) to Enter Into Property Management Agreement with BrandView, Inc. as Property Management Company Effective July 20, 2026*, a copy of which is on file with the Court and available by contacting the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE that any opposition to the Motion and request for a hearing must be filed with the Court and served on counsel for the Debtor and on the Office of the United States Trustee within fourteen (14) days of service of this Notice if you were served electronically and within seventeen (17) days of service of this Notice if you were served by mail. Failure to timely object and request a hearing may be deemed by the Court to be consent to the granting of the relief sought in the Motion.**

Dated: September 16, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Romanov Group LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION PURSUANT TO 11 U.S.C. § 363(b) TO ENTER INTO PROPERTY MANAGEMENT AGREEMENT WITH BRANDVIEW, INC. AS PROPERTY MANAGEMENT COMPANY EFFECTIVE JULY 20, 2026, AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 16, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 16, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 16, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 16, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Stacy H Rubin** rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
- **Jessica M. Simon** jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

Label Matrix for local noticing
0973-8
Case 8:26-bk-11948-SC
Central District of California
Santa Ana
Wed Sep 16 09:35:48 PDT 2026

California Department of Tax and Fee Adminis
Collections Support Bureau, MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

~~Raines Feldman Littrell LLP~~
~~4675 MacArthur Co Ste 1550~~
~~Newport Beach, CA 92660-2042~~

Romanov Group LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660-7034

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Willow River, LLC, as servicing agent author
106 Chestnut St E
Stillwater, MN 55082-5116

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

18300 Yorba Linda Blvd Fitness
Group LLC, dba Planet Fitness
Attn Gabrielle Lawlor
320 Yonkers Avenue
Yonkers, NY 10701-6411

18300 Yorba Linda Blvd Fitness
Group LLC, dba Planet Fitness
Attn Jeffrey Innocenti
320 Yonkers Avenue
Yonkers, NY 10701-6411

18300 Yorba Linda Blvd Fitness
Group LLC, dba Planet Fitness
c/o Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019-6026

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680-2725

4G Wireless, Inc.
303 Broadway Street 104-155
Laguna Beach, CA 92651-1816

4G Wireless, Inc.
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Advanced Monitoring Inc
1354 S Parkside Place
Ontario, CA 91761-4555

Align Collective LL
Attn: J.B. Roberry
5000 Birch Street
West Tower Suite 3000
Newport Beach, CA 92660-8107

Align Collective LLC dba Core
Precision Megaformer Pilates
Attn: Andrew Solomon
1659 6th Street
Manhattan Beach, CA 90266-6305

Alternative Landscaping Inc
PO Box 30236
Santa Ana, CA 92735-8236

Anchor Medical Man gement, Inc.
c/o Mir Alikhan
4440 Von Karman Av
Suite 270
Newport Beach, CA 92660-2088

Anchor Medical Management - Urgent Care
18220 Yorba Linda Blvd
Suite 301
Yorba Linda, CA 92886-4032

Anchor Medical Management, Inc.
18200 Yorba Linda Blvd
Suite 125
Yorba Linda, CA 92886-4043

Andrew stupin
215 5th Street Suite A
Huntington Beach, CA 92648

(p)BLACK BIRD FIRE PROTECTION INC
471 ATLAS ST
BREA CA 92821-3118

Blackstone Networks, Inc
151 Kalmus Drive
Suite A203
Costa Mesa, CA 92626-5999

Brinker Internatio al
dba Chili's Bar & Grill
Attn General Counsel
6820 LBJ Freeway
Dallas, TX 75240-6580

CR Educational Syst ms, Inc.
dba C2 Education Sy tems, Inc.
6470 E Johns Crossing Suite 100, #1
Duluth, GA 30097-1500

CR Educational Systems, Inc.
dba C2 Education Systems, Inc.
18340 Yorba Linda Blvd
Suite 102
Yorba Linda, CA 92886-4041

CRE Credit Fund IV FInancing V, LLC
507 S Douglas St
2nd Floor
El Segundo, CA 90245-4810

CRE Credit Fund IV Financing V, LLC
507 S Douglas St 2nd Floor
El Segundo, CA 90245

CRECIV Holdings, LLC
2801 Centerville Road
First Floor
Wilmington, DE 19808-1609

CRECIV Holdings, LLC
2801 Centerville Road
First Floor
Wilmington, DE 19808-1609

Caduceus Physician Medical Group
c/o David Wood
870 Roosevelt
Irvine, CA 92620-3663

Camacho, Moises
5590 W. Mission Blvd
Ontario, CA 91762-4622

Chili's Bar and Grill
18380 Yorba Linda Blvd
Suite 100
Yorba Linda, CA 92886-4003

Chunky Scoops, LLC
dba Handel's Homemade Ice Cream
18210 Yorba Linda Blvd
Suite 401
Yorba Linda, CA 92886-4060

Chunky Scoops, LLC
dba Handel's Homemade Ice Cream
Attn Jeff Manassero
10232 Niagara Drive
Huntington Beach, CA 92646-4918

Core Precision Megaformer Pilates, Inc.
18220 Yorba Linda Blvd
Suite 304
Yorba Linda, CA 92886-4032

Crave Health, LLC
dba Smart Fit Metho
5920 Via Del Tecolote
Yorba Linda, CA 92887-3552

Crave Health, LLC dba Smart Fit Method
18220 Yorba Linda Blvd
Suite 302
Yorba Linda, CA 92886-4032

De La Torre All Purpose Plumbing, Inc
12861 West St
Suite 49
Garden Grove, CA 92840-5601

Department of Industrial Relations
PO Box 511232
Los Angeles, CA 90051-3030

Dominion Disposal
1536 E Pinewood Ave
Anaheim, CA 92805-1241

Ehtessabian Dental Corp
dba Smile YL
18220 Yorba Linda Blvd Suite 305
Yorba Linda, CA 92886-4057

Employment Developm nt Department
Bankruptcy Group MI 92E
P O Box 826880
Sacramento, CA 94280-0001

FIRST TEAM REAL ESTATE - ORANGE COUNTY
2713 W Coast Hwy
Newport Beach, CA 92663-4723

First Team Real Estate OC
18180 Yorba Linda Blvd
Suite 501
Yorba Linda, CA 92886-3901

First Team Real Estate OC
18200 Yorba Linda Blvd
Suite 201
Yorba Linda, CA 92886-4043

First Team Real Estate OC Exp Spc
18200 Yorba Linda Blvd
Suite 205
Yorba Linda, CA 92886-4043

First Team Real Estate-OC
c/o Russo & Duckworth LLC
344 Via Oporto #201
Newport Beach, CA 92660

Four Seaons Air Inc
c/o Cathy Zotti
Harper & Burns LLP
453 S Glassell St
Orange, CA 92866-1905

Four Seaons Air Inc
c/o Law Office of Cathy Zotti
17151 Newhope Street
Suite 113
Tustin, CA 92780

Franches Tax Board
P O Box 942857
Sacramento, CA 94257-0511

Gurudivanh Inc dba PS Store, Inc
Attn Hlrdeep Kumar
20409 Yorba Linda Blvd, Suite G-77
Yorba Linda, CA 92886-3042

HILLWIG-GOODROW, INC
31419 Outer Highway 10
Ste. 1-200
Redlands, CA 92373-7535

Handells Homemade Ice Cream Inc.
Attn Franchise Administration
3830 Starr Centre rive
Canfield, OH 44406-7037

HearX West, LLC
18220 Yorba Linda Blvd
Suite 312
Yorba Linda, CA 92886-4032

Infinity Injectables
18200 Yorba Linda Blvd
Suite 200
Yorba Linda, CA 92886-4043

JB Restaruant Group
c/o Del Monte Land 1om Law LLC
Attn Rosemarie E D lMonte
2743 S Paris Place
Aurora, CO 80014-3117

Jeresey Mike's Fra chise Systems
Attn General Counsel
2251 Landmark Plac
Manasquan, NJ 08736-1026

Jersey Mikes
JB Restaurant Group
18340 Yorba Linda Blvd
Suite 101
Yorba Linda, CA 92886-4041

Jersey Mikes
JB Restaurant Group
850 N Rose Drive Suite C
Placentia, CA 92870

~~Kyra E. Andrassy~~
~~Raines Feldman Littrell LLP~~
~~4675 MacArthur Court~~
~~Suite 1550~~
~~Newport Beach, CA 92660-2042~~

LBC3 Trust
c/o Ballard Spahr
attn Michael Myers
2029 Century Plaza East, Suite 1400
Los Angeles, CA 90067-2915

Le Pho
18340 Yorba Linda Blvd
Suite 104
Yorba Linda, CA 92886-4041

Le Pho
Attn Le Sien Huynh
570 Stone Canyon Way
Brea, CA 92821-2614

Le Pho
c/o Yun Law Group PC
Attn Andrew Yun
6940 Beach Blvd, Suite 413
Buena Park, CA 90621-6828

Lone Wolf Brewing Co LLC
18210 Yorba Linda Blvd
Suite 404
Yorba Linda, CA 92886-4060

Lone Wolf Brewing o LLC
Attn Mr Joseph Ruiz
15740 Willow Run Drive
Chino Hills, CA 91709-3600

MADE Coffee
18340 Yorba Linda Blvd
Suite 106
Yorba Linda, CA 92886-4041

MADE Coffee
c/o Bo Mi Kim
107 W Amerige Avenue
Fullerton, CA 9283

Martinez, Edel
8172 Slater Ave
Apt B
Huntington Beach, CA 92647-8931

Merchants Building Maintenance, LLC
1190 Monterey Pass Road
Monteray Park, CA 91754-3615

Mizrahi Tefahot Bank Ltd
Los Angeles Branch
633 West 5th Street
Suite 5700
Los Angeles, CA 90071-2022

Mohammad Honarkar
350 Forest Avenue #1438
Laguna Beach, CA 92652-2060

Mohammad Honarkar
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Naz House Of Beaut
Attn Sadia Zafar (ADD)
4070 Yale Street
Yorba Linda, CA 92886-7963

Naz House Of Beauty
18340 Yorba Linda Blvd
Suite 105
Yorba Linda, CA 92886-4041

New Mom School
18200 Yorba Linda Blvd
Suite 204
Yorba Linda, CA 92886-4043

OC Keys
13681 Newport Ave
Suite 8 # 425
Tustin, CA 92780-7815

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

Ontario Refrigeration Services, Inc.
635 S. Mountain Avenue
Ontario, CA 91762-4114

Orange County Fire Authority
False Alarm Response
PO Box 51985
Irvine, CA 92619-1985

Orange County Tax Collector
601 N Ross Street
Santa Ana, CA 92701-4091

Patrol One
P.O. Box 5487
Orange, CA 92863-5487

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056-2669

Peter Pham, DDS
18220 Yorba Linda Blvd
Suite 305
Yorba Linda, CA 92886-4032

Peter Pham, DDS
414 Tangerine Place
Brea, CA 92823-1809

Petrosian Esthetic Enterprises LLC
c/o Richard Meaglia
688 W Foothill Blvd
Monrovia, CA 91016-2024

Phoenix Pumping Inc.
c/o Beverly Hills Bike Law
9025 Wilshire Blvd
Suite 301
Beverly Hills, CA 90211-1827

Polish Nails
18220 Yorba Linda Blvd
Suite 303
Yorba Linda, CA 92886-4032

Polish Nails
c/o Chau Nguyen
8009 Monaco
Stanton, CA 90680-3379

Posh Hair Salon
18340 Yorba Linda Blvd
Suite 103
Yorba Linda, CA 92886-4041

Posh Hair Salon
Attn Shannon Geddis
18340 Yorba Linda Blvd Suite 103
Yorba Linda, CA 92886-4058

Republic Services
PO Box 60586
City of Industry, CA 91716-0586

SEV Laser
Petrosian Esthetic Enterprises LLC
18220 Yorba Linda Blvd
Suite 306
Yorba Linda, CA 92886-4032

Sain Builders
147 Hart Bench Rd
Darby, MT 59829-9619

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050

Shy Heart Studios
18200 Yorba Linda Blvd
Suite 310
Yorba Linda, CA 92886-4044

Smart Key Locksmith
25211 Sunnymeand Blvd
Suite C-4
Moreno Valley, CA 92553-4100

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

Stefano Family, Inc.
dba Stefano's Golden Baked Hams
Attn Francis & Colleen Stefano
18220 Yorba Linda Blvd, Suite 307
Yorba Linda, CA 92886-4032

Stefano's Golden Baked Hams
18220 Yorba Linda Blvd
Suite 307
Yorba Linda, CA 92886-4032

Sushi Imari, Inc.
18220 Yorba Linda Blvd
Suite 310
Yorba Linda, CA 92886-4032

Tesla, Inc.
18340 Yorba Linda Blvd
Pkg
Yorba Linda, CA 92886-4058

Tesla, Inc.
Attn Supercharger eam
3500 Deer Creek Road
Palo Alto, CA 94304-1317

The Joint Corp
18340 Yorba Linda Blvd
Suite 108
Yorba Linda, CA 92886-4041

The Joint Corp
Attn Legal Department
16767 N Perimeter Drive
Suite110
Scottsdale, AZ 85260-1042

The UPS Store, Inc.
Attn Legal Department
6060 Cornerstone Cour West
San Diego, CA 92121-3712

Trend Systems Group
2126 S Standard Avenue
Santa Ana, CA 92707-3035

Turing Jump, LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7020

U.S. Dept. of Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220-0002

UPS Store
18340 Yorba Linda Blvd
Suite 107
Yorba Linda, CA 92886-4041

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

VIP Sewer And Drain Services, Inc
4502 Walnut Ave
Irvine, CA 92604-2343

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705-5716

Yido Coffee Yorba Linda
dba MADE Coffee
c/o Bo Mi Kim
18340 Yorba Linda Blvd, Suite 106
Yorba Linda, CA 92886-4058

Yorba Linda Friends Church
18200 Yorba Linda Blvd
Pkg
Yorba Linda, CA 92886-4056

Yorba Linda Friends Church
Attn Amy Brookman
18637 Yorba Linda Blvd
Yorba Linda, CA 92886-4136

Yorba Linda Water District
PO Box 54348
Los Angeles, CA 90054-0348

~~Stephen M. Mott~~
~~Raines Feldman Littrell LLP~~
~~1900 Avenue of the Stars 19th Fl~~
~~Los Angeles, CA 90067-4410~~

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Black Bird Fire Protection, Inc.
471 Atlas Street
Brea, CA 92821

Southern California Edison
PO Box 300
Rosmead, CA 09177-2001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)4G Wireless, Inc.

(u)Courtesy NEF

(u)Official Committee of Unsecured Creditors

(d)Employment Development Department
Bankruptcy Group MIC 92E
P O Box 826880
Sacramento, CA 94280-0001

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(d)Romanov Group LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660-7034

(d)Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

(u)Mohammad Honarkar

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 122 |
| Bypassed recipients | 8 |
| Total | 130 |