**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Romanov Group LLC, Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ROMANOV GROUP LLC,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:26-bk-11948-SC<br><br>Chapter 11<br><br>**NOTICE OF MOTION TO AMEND SCHEDULING ORDER REGARDING DEADLINE TO FILE A DISCLOSURE STATEMENT AND PLAN AND FOR AN EXTENSION OF THE EXCLUSIVITY PERIODS OF 11 U.S.C. § 1121; AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Romanov Group LLC, the debtor-in-possession in this case (the "**Debtor**"), has filed a motion (the "**Motion**") with the Court requesting that the Scheduling Order entered on September 1, 2026, be amended to extend the deadline for the Debtor to file its disclosure statement and plan by sixty (60) days and that the exclusivity periods for proposing and soliciting votes on a plan also be extended by sixty (60) days.

Effective July 10, 2026, due to concerns regarding former management, David Goodrich was appointed as the Debtor's manager. Under the terms of the written consent appointing him, Mr. Goodrich may be removed only by order of the Court or upon the closing or dismissal of the case.

The Debtor owns a retail center and office complex located at 18180-18380 Yorba Linda Boulevard, Yorba Linda, California 92886 (the "**Property**"). The Property consists of approximately 145,439 square feet, including four multi-tenant retail buildings, a three-story office building, one freestanding restaurant building, and one single-tenant pad building, and

is occupied by approximately 27 tenants. The Debtor's principal source of revenue is the collection of rental income generated by its tenants. The Debtor intends to sell the Property and will be filing an application to employ its real estate brokers in the next few days. The Debtor also brought on a new property manager. Because of incomplete and poor record keeping by former management and the former property manager, it has taken several months to prepare accurate cash flow projections and to gather the information required by the proposed brokers so that they could assess the value of the Property, and this has delayed the preparation of the Debtor's disclosure statement and plan.

The Debtor has been in communication with counsel for the Lender and the parties are working cooperatively with respect to ensuring that critical postpetition operating expenses are paid and are working on a cash collateral stipulation.

**FOR FURTHER INFORMATION**, please see the Motion that is on file with the Court or available by contacting the undersigned counsel.

**PLEASE TAKE NOTICE that any opposition and request for a hearing must be filed with the Court and served on counsel for the Debtor and on the Office of the United States Trustee within fourteen (14) days of service of this Notice if you were served electronically or seventeen (17) days if you were served with this Notice electronically. Failure to timely file and serve an opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion.**

Respectfully submitted,

DATED: October 22, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Stephen M. Mott
Counsel for Debtor and Debtor-in-Possession
Romanov Group LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION TO AMEND SCHEDULING ORDER REGARDING DEADLINE TO FILE A DISCLOSURE STATEMENT AND PLAN AND FOR AN EXTENSION OF THE EXCLUSIVITY PERIODS OF 11 U.S.C. § 1121; AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 22, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 22, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 22, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Stacy H Rubin** rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
- **Jessica M. Simon** jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

2. <u>**SERVED BY UNITED STATES MAIL**</u>:

<u>20 Largest Unsecured Creditors</u>

Anchor Medical Management, Inc.
18200 Yorba Linda Blvd, Suite 125
Yorba Linda, CA 92886

Vierergruppe Management Inc.
1932 East Deere Avenue, Suite 150
Santa Ana, CA 92705

Lone Wolf Brewing Co LLC
Attn Mr Joseph Ruiz
15740 Willow Run Drive
Chino Hills, CA 91709

Patrol One
P.O. Box 5487
Orange, CA 92863

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680

Alternative Landscaping Inc
PO Box 30236
Santa Ana, CA 92735

First Team Real Estate OC
18180 Yorba Linda Blvd, Suite 501
Yorba Linda, CA 92886

MADE Coffee
c/o Bo Mi Kim
107 W Amerige Avenue
Fullerton, CA 92832

HILLWIG-GOODROW, INC
31419 Outer Highway 10
Ste. 1-200
Redlands, CA 92373

Ontario Refrigeration Services, Inc.
635 S. Mountain Avenue
Ontario, CA 91762

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050

VIP Sewer And Drain Services, Inc
4502 Walnut Ave
Irvine, CA 92604

Anchor Medical Management
Urgent Care
18220 Yorba Linda Blvd, Suite 301
Yorba Linda, CA 92886

Sushi Imari, Inc.
18220 Yorba Linda Blvd, Suite 310
Yorba Linda, CA 92886

Stefano Family, Inc.
dba Stefano's Golden Baked Hams
Attn Francis & Colleen Stefano
18220 Yorba Linda Blvd, Suite 307
Yorba Linda, CA 92886

Crave Health, LLC
dba Smart Fit Method
5920 Via Del Tecolote
Yorba Linda, CA 92887

Southern California Edison
PO Box 300
Rosemead, CA 90177-2001

SEV Laser Petrosian
Esthetic Enterprises LLC
18220 Yorba Linda Blvd, Suite 306
Yorba Linda, CA 92886

First Team Real Estate OC
18200 Yorba Linda Blvd, Suite 201
Yorba Linda, CA 92886-0004

Republic Services
PO Box 60586
City of Industry, CA 91716-0586