**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Romanov Group LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ROMANOV GROUP LLC,<br><br>Debtor-in-Possession. | Case No.: 8:26-bk-11948-SC<br><br>Chapter 11<br><br>**NOTICE OF DEBTOR'S APPLICATION FOR AUTHORIZATION TO EMPLOY ONYX ASSET ADVISORS, LLC AND HILCO REAL ESTATE CA, INC. AS SALES AGENTS AND BROKER PURSUANT TO 11 U.S.C. §§ 327(A) AND 328 AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1) and 9013-1(o)] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Romanov Group, LLC, the debtor and debtor-in-possession (the "**Debtor**"), has filed an application (the "**Application**") to employ Onyx Asset Advisors, Inc. ("**Onyx**"), and Hilco Real Estate CA, Inc. ("**Hilco**") as its sales agents and broker (together, the "**Sales Agents**") pursuant to 11 U.S.C. §§ 327(a) and 328 to market and sell the real property owned by the Debtor. A summary of the relief sought is as follows:

**<u>BACKGROUND</u>**

On June 24, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case. The Debtor is operating as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this case and no official committees have been appointed or designated.

This is a single asset real estate case involving a retail property commonly known as Packing House & Packing House Square, located at 18180, 18200, 18210, 18220, 18300, 18340 & 18380 Yorba Linda Boulevard, Yorba Linda, California (the "**Property**"). The Property consists of four multi-tenant retail buildings, a three-story office building, one freestanding restaurant building, and one single-tenant pad building totaling 145,439 square feet. The Property was appraised in as-is condition in October 2024 at $47,250,000. As of the date of that value, the Property was 64.5% leased by twenty-three (23) tenants. It is encumbered by a lien in favor of a secured lender, LBC3 Trust (the "**Lender**"), that is owed approximately $28.5 million.

Postpetition and because of concerns about former management, David Goodrich was appointed as the manager of the Debtor and pursuant to the terms of the written consent appointing him, he can only be removed by Court order or if the case is closed or dismissed. The Debtor intends to sell the Property and has brought on a new property manager.

The Debtor has been in communication with counsel for the Lender and the parties are working cooperatively with respect to ensuring that critical postpetition operating expenses are paid pending the Debtor's preparation of cash flow projections. Once the projections are finalized, it is anticipated that there will be a cash collateral stipulation submitted to the Court for approval.

**PROPOSED EMPLOYMENT AND THE SALES AGENTS' QUALIFICATIONS**

**A. Proposed Terms of Employment of the Sales Agents**

The terms of the Sales Agents' engagement are as set forth in the Exclusive Sale Consultant Agreement attached to the Application as **Exhibit 1** (the "**Sale Agreement**"). The Sales Agents will have the exclusive right to sell the Property for a period of twelve months, subject to extension by written agreement. Any commission payable under the Sale Agreement shall be due and payable only upon the closing of a sale of the Property. The Sales Agents will receive a listing-side commission of two and one-half percent (2.5%) of the gross sale price, paid through escrow at closing. The gross sale price includes any credit bid by the lender should it elect to do so. The commission payable to the Sales Agents will be split equally between them. In addition, the Sales Agents will receive an expense reimbursement of up to $30,000.00 for reasonable and documented expenses in connection with the marketing and sale of the Property. The expenses will not exceed $30,000.00 absent approval by the Debtors. The Debtor will seek permission to pay the commission and reimburse the documented expenses in connection with the motion to approve the sale of the Property.

If the Property is not sold or if the Sales Agents are replaced, the Sales Agents will be entitled to reimbursement for the expenses incurred as an administrative claim against the estate. The terms and conditions of the Sale Agreement were negotiated by the Debtor and the Sales Agents at arm's length and in good faith, and the Debtor believes that the compensation to the Sales Agents in the present case appropriately reflects the nature and scope of the services to be provided by the Sales Agents and is reasonable and consistent with the terms available in the marketplace.

The Debtor recognizes that in the ordinary course of their business, the Sales Agents do not record the time spent by their professionals on specific tasks or projects, and the compensation provided under the Sale Agreement is not tied to the total time spent by the Sales Agents' professionals providing services to the Debtor. Consequently, the Debtor requests that the Sales Agents be excused from any obligation to maintain or file time records in this case and the obligation to file a fee application to obtain payment, with the

understanding that the transaction on which the Sales Agents' commission will be based remains subject to approval by the Bankruptcy Court.

**B. <u>The Sales Agents' Qualifications</u>**

The Debtor seeks to retain two teams who have experience working together. The team for Onyx Asset Advisors has a substantial depth of experience with sales in the bankruptcy context, which differ from traditional sales because of the limited representations and warranties that can be given, the overbid and auction process, and the need for Court approval of a sale. Onyx will handle the insolvency-related aspects of the sale transaction, and Hilco will utilize its expertise in retail properties, although its team also has experience with bankruptcy sales. Together, they have recently been involved in the Oceanwide Plaza case, the sale of an office building in Los Angeles, and a 77-unit mixed use building in a receivership. Hilco, which holds a broker's license in California, has been involved in a number of retail development projects, including Coral Grove in Cape Coral, Florida, Canyons Village in Park City, and The Plaza in Dallas, Texas. The Debtor benefits because each of the teams has their own databases, so the Property will be widely exposed to the market.

**1. <u>Onyx Asset Advisors</u>**

Kevin Otus is the managing partner of Onyx Asset Advisors and has more than thirty-five years of experience in the asset disposition, advisory, and valuation sectors. Paul Buie is the managing director of Onyx and works closely with fiduciaries in distressed situations, helping them monetize a range of assets, including real estate. Biographical information is provided in the Application as **<u>Exhibit 2</u>**.

**2. <u>Hilco Real Estate</u>**

The Hilco team will be led by Jeff Azuse, Executive Vice President, and Jeff Hubbard, a Managing Director and supported by Senior Director Katie Decoste, and Director Christian Koulichkov. Together, they bring a significant bench of experience, including in the retail sector. Their biographical information is provided in the Application as **<u>Exhibit 2</u>**.

**FOR FURTHER INFORMATION,** please see the Application, which is available from the Court or by contacting the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE that any opposition to the Application and request for a hearing must be filed with the Court and served on the Office of the United States Trustee and counsel for the Debtors no later than fourteen days from service of this Notice if you were served electronically, with an additional three days added if you were served by mail. Pursuant to the Local Bankruptcy Rules, failure to timely object and request a hearing may be deemed by the Court to be consent to the granting of the relief sought in the Application.**

Respectfully submitted,

Dated: October 23, 2026

**RAINES FELDMAN LITTRELL LLP**

By: <u>*/s/ Kyra E. Andrassy*</u>
Kyra E. Andrassy
Stephen M. Mott
Counsel for Debtor-in-Possession
Romanov Group LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DEBTOR'S APPLICATION FOR AUTHORIZATION TO EMPLOY ONYX ASSET ADVISORS, LLC AND HILCO REAL ESTATE CA, INC. AS SALES AGENTS AND BROKER PURSUANT TO 11 U.S.C. §§ 327(A) AND 328 AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 23, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 23, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 23, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 23, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Stacy H Rubin** rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
- **Jessica M. Simon** jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

2. **SERVED BY UNITED STATES MAIL**:

20 Largest Unsecured Creditors

Anchor Medical Management, Inc.
18200 Yorba Linda Blvd, Suite 125
Yorba Linda, CA 92886

Vierergruppe Management Inc.
1932 East Deere Avenue, Suite 150
Santa Ana, CA 92705

Lone Wolf Brewing Co LLC
Attn Mr Joseph Ruiz
15740 Willow Run Drive
Chino Hills, CA 91709

Patrol One
P.O. Box 5487
Orange, CA 92863

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680

Alternative Landscaping Inc
PO Box 30236
Santa Ana, CA 92735

First Team Real Estate OC
18180 Yorba Linda Blvd, Suite 501
Yorba Linda, CA 92886

MADE Coffee
c/o Bo Mi Kim
107 W Amerige Avenue
Fullerton, CA 92832

HILLWIG-GOODROW, INC
31419 Outer Highway 10
Ste. 1-200
Redlands, CA 92373

Ontario Refrigeration Services, Inc.
635 S. Mountain Avenue
Ontario, CA 91762

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050

VIP Sewer And Drain Services, Inc
4502 Walnut Ave
Irvine, CA 92604

Anchor Medical Management
Urgent Care
18220 Yorba Linda Blvd, Suite 301
Yorba Linda, CA 92886

Sushi Imari, Inc.
18220 Yorba Linda Blvd, Suite 310
Yorba Linda, CA 92886

Stefano Family, Inc.
dba Stefano's Golden Baked Hams
Attn Francis & Colleen Stefano
18220 Yorba Linda Blvd, Suite 307
Yorba Linda, CA 92886

Crave Health, LLC
dba Smart Fit Method
5920 Via Del Tecolote
Yorba Linda, CA 92887

Southern California Edison
PO Box 300
Rosemead, CA 90177-2001

SEV Laser Petrosian
Esthetic Enterprises LLC
18220 Yorba Linda Blvd, Suite 306
Yorba Linda, CA 92886

First Team Real Estate OC
18200 Yorba Linda Blvd, Suite 201
Yorba Linda, CA 92886-0004

Republic Services
PO Box 60586
City of Industry, CA 91716-0586